People v Wagoner (2023 NY Slip Op 00621)

People v Wagoner

2023 NY Slip Op 00621

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND OGDEN, JJ. (Filed Feb. 3, 2023.) 

MOTION NO. (1180/20) KA 16-02366.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
TINA L. WAGONER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.